

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00287-CR

Terry C. **TRENTACOSTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR6469
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's order denying appellant's motion for forensic DNA testing is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED February 19, 2014.

_____
Karen Angelini, Justice